**Opinion issued February 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00848-CV

———————————

**MAREK MENGER, Appellant**

**V.**

**SHERRY MENGER, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-06434**

---

## MEMORANDUM OPINION

Appellant, Marek Menger, representing that he no longer wishes to pursue this appeal, has filed an unopposed motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.